IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE WASHINGTON,**<br><br>Plaintiff,<br><br>v.<br><br>**E. VISCONTE,**<br><br>Defendant. | Case No. 2:23-cv-02335-FMO-JC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendations of the Magistrate Judge reflected in the December 1, 2024 Report and Recommendation of United States Magistrate Judge.

IT IS HEREBY ORDERED:

1. Defendant's Motion to Dismiss is denied.

2. Defendant shall file an Answer responding to the remaining portions of the Second Amended Complaint within fourteen (14) days of the entry of this Order.

///

1

1     IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Plaintiff and counsel for Defendant.

**IT IS SO ORDERED.**

Dated: January 14, 2025

                              /s/
                   HONORABLE FERNANDO M. OLGUIN
                   UNITED STATES DISTRICT JUDGE